IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY L. HOLT, JR., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF LINCOLN, NEBRASKA, AYARS AND AYARS, INC., DREW CROMWELL, individual being sued in their individual capacity; JOSHUA GOSSARD, individual being sued in their individual capacity; MEGAN NELSON, individual being sued in their individual capacity; NOLAN HAUSER, individual being sued in their individual capacity; ANDREW RIPLEY, individual being sued in their individual capacity; RANDALL CLARK, individual being sued in their individual capacity; JAYDN FOSTER, individual being sued in their individual capacity; and TREVOR SCHMIDT, individual being sued in their individual capacity; <br><br> Defendants. | 4:23CV3239 <br><br> **SHOW CAUSE ORDER** |

Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. Plaintiff has not filed a return of service indicating service on Defendants, and Defendants have not voluntarily appeared.

Accordingly,

IT IS ORDERED that plaintiff shall have until April 8, 2024 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 18th day of March, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge