IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY L. HOLT JR., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF LINCOLN, NEBRASKA, AYARS AND AYARS, INC., DREW CROMWELL, individual being sued in their individual capacity; JOSHUA GOSSARD, individual being sued in their individual capacity; MEGAN NELSON, individual being sued in their individual capacity; NOLAN HAUSER, individual being sued in their individual capacity; ANDREW RIPLEY, individual being sued in their individual capacity; RANDALL CLARK, individual being sued in their individual capacity; JAYDN FOSTER, individual being sued in their individual capacity; and TREVOR SCHMIDT, individual being sued in their individual capacity; <br><br> Defendants. | 4:23CV3239 <br><br> **SHOW CAUSE ORDER** |

Pursuant to the Court's rules, a complaint must be served within 90 days of filing the lawsuit. The Court previously entered a show cause order, Filing No. 4, ordering Plaintiff to show cause why his case should not be dismissed for failure to timely serve Defendants. The Court subsequently found there was good cause to permit Plaintiff additional time to serve Defendants. Filing No. 7. It ordered Plaintiff to serve Defendants within forty-five (45) days of the date of its April 10, 2024 Order. Plaintiff has not filed a return of service indicating service on Defendant Drew Cromwell and Defendant Cromwell has not voluntarily appeared.

Accordingly,

**IT IS ORDERED** that Plaintiff shall have until June 25, 2024 to show cause why the claims against Defendant Cromwell should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of the claims against Defendant Cromwell without further notice.

Dated this 18th day of June, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge